AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, William Ronacher, being duly sworn, depose and state the following:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), assigned to the Washington Field Office. I have been a Special Agent with the FBI for approximately eleven years. I am currently assigned to a Violent Crime Major Offenders squad. I have been assigned or have assisted in numerous investigations regarding general criminal matters throughout my career.

2. Through direct investigation by the affiant, and facts learned from other law enforcement officials, I respectfully submit this affidavit in support of the issuance of a Criminal Complaint for JEFFREY DWAIN CURRY, date of birth xxxxx xx, 1956, for the violation of USC, Title 18, Section 875.

3. On March 10, 2006, J.S., a thirty-one year old female residing in Decatur, Alabama, reported that she received five harassing/threatening telephone calls on her home telephone number. J.S.'s caller identification showed that the calls originated from "Manuel Lima" at telephone number xxx-xxx-xxxx.

4. The first threatening telephone call was received by J.S. on Wednesday, March 8, 2006. That call was recorded on J.S.'s answering machine, and in it the caller stated "Go to hell, burn in hell." Later on March 8, 2006, J.S. received another call in which the caller stated "Why haven't you changed the god damn number you son of a bitch?" On the next day, Thursday, March 9, 2006, J.S. received two more telephone calls from the same telephone number. During the first call that day, the caller stated "Go fuck yourself bitch" and during the other call, the caller said "Why haven't you changed the god damn number bitch? I'm gonna come to Decatur and kill you." On the following day, Friday, March 10, 2006, J.S. received one more call from the same telephone number on her answering machine stating "Change my number you god damn bitch." Three of these calls were recorded on J.S.'s answering machine. Your affiant has listened to these messages and confirmed their content.

5. J.S. stated that her parents, who reside in Fairfax, Virginia, are her only ties to the Washington, D.C. area. The last time she visited her parents was approximately two years ago. Neither J.S., nor her parents, have ever heard of anyone by the name of "Manuel Lima", and she does not recognize the caller's voice or the telephone number. J.S. knows of nothing currently going on in her life which would lead someone to make these types of threatening telephone calls.

6. On April 12, 2006, SA Ronacher interviewed Manuel Lima at his residence located at xxxx xxxxxxxxx Ave, NW, Washington, D.C. regarding threatening telephone calls placed from the telephone in his residence and subscribed to by him, telephone number, xxx-xxx-xxxx. It was clear from Lima's heavy accent that he was not the person who placed the calls. Lima

advised that his roommate, JEFFREY DWAIN CURRY, date of birth, xxxxx xx, 1956, recently moved out and that he was traveling down to Florida to visit a facility called "Ashram." Lima advised that Curry has a heavy drinking problem and suffers from bipolar disorder, but that he is not a violent person. He was going to "Ashram" to get assistance for his bipolar disorder. Lima could not provide any information regarding the facility other than the name "Ashram." Lima stated that Curry would be staying with a female friend named Beth Last Name Unknown (LNU) somewhere in Charleston, South Carolina on his way to Florida. Lima did not know Beth LNU's address. All he could provide was telephone number, xxx-xxx-xxxx. Lima stated that Curry grew up in Decatur, Alabama and that his mother had recently died there. He further advised that CURRY still has some friends living in Decatur, Alabama but did not know their names or addresses. Lima stated that he had no way of contacting CURRY. In a subsequent interview of Lima later the same day, SA Ronacher played a tape recording of three of the threatening telephone calls for Lima. Lima advised that the voice was that of JEFFREY DWAIN CURRY.

7. On May 8, 2006, SA Ronacher placed a telephone call to telephone number, xxx-xxx-xxxx. The telephone was answered by Beth Burn, date of birth, xx/xx/1950. Burn stated that her home address is xxx xxxxx Street, xxxxxxxxxx, South Carolina. Burn confirmed that Curry stayed at her residence from April 10, 2006 through April 12, 2006. She asked Curry to leave and put him on a bus because he was drunk all the time and he became disruptive. He was in no way violent towards her but he was making a mess of her house. Burn stated that Curry was going to travel to Homestead, Florida to attend an "Ashram" which she described as an Eastern Indian hostel of some sort. Curry is apparently involved in the study of Eastern Indian philosophy. According to Burn, after staying at the "Ashram," Curry was planning to travel to Birmingham, Alabama and then to Decatur, Alabama, to visit some friends. Burn did not know the names or addresses of any of Curry's friends in Alabama. Burn advised that Curry probably belongs in a hospital and that he is deteriorating considerably due to his heavy drinking and bipolar disorder. Curry is not currently taking any medication for his bipolar disorder. Curry was not violent or verbally abusive to her in any way while he was staying with her.

8. On May 9, 2006, SA Ronacher placed a pretext telephone call to the Kriya Yoga Ashram located at xxxxxxxxx xxxxx Avenue, xxxxxxxxx, Florida, telephone number, xxx-xxx-xxxx. An unknown male (UM), speaking with an accent, answered the phone and refused to give his name. SA Ronacher inquired as to whether Jeffrey Curry had visited the facility recently. The UM stated that Curry had recently visited and left the facility on May 3, 2006. To his knowledge, after leaving the facility, Curry was going to travel to Alabama to visit some friends. The UM did not know where in Alabama Curry was going or the names of the individuals he was to visit. The UM stated that Curry seemed fine to him but that he was having some financial problems.

9. SA Ronacher has maintained contact with J.S. via telephone since her original reporting of her receipt of the harassing/threatening telephone calls. She has not received any additional telephone calls from Jeffrey Curry or telephone number, xxx-xxx-xxxx, since March 10, 2006. She has further advised that neither she, nor her parents, have ever heard of anyone by the name of JEFFREY DWAIN CURRY.

      10.  Based upon the foregoing, I respectfully submit that there is probable cause to believe that on from the period of March 8, 2006 through March 10, 2006, J.S., of Decatur, Alabama, received a total of five harassing and/or threatening telephone calls from JEFFREY DWAIN CURRY at telephone number, xxx-xxx-xxxx.  Accordingly, I request that a Criminal Complaint and an Arrest Warrant be issued in the District of Columbia.

                                                                                                           _____
                                                           William Ronacher, Special Agent
                                                          Federal Bureau of Investigation